## 29968. LOWERY v. STATE BAR OF GEORGIA.

Per curiam.

This appeal is dismissed for failure of the appellant to prosecute the appeal in this court.

*It is so ordered. All the Justices concur.*

Argued June 9, 1975 — Decided July 10, 1975.

*Omer W. Franklin, Jr., Robert H. Davis, Jr., James E. Spence, Jr.,* for State Bar.